DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 402A12 | State v. Roderick Tynell Richardson | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA11-1581)<br><br>2. State's Motion to Dismiss Appeal (COA11-1581) | 1. See Special Order<br><br>2. See Special Order |
| 403P12 | State v. Julio Cesar Gutierrez-Gonzalez | 1. Def's NOA Based Upon a Constitutional Question (COA11-1497)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 406P12 | Delores Kay Garner Binder v. Rudolph Ludwig Binder, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1502) | Denied |
| 410A12 | State v. Keith Donnell Miles | 1. Def's NOA Based Upon a Dissent (COA11-1383)<br><br>2. Def's PDR as to Additional Issues | 1. - - -<br><br>2. Denied |
| 411P12 | State v. Joey L. Darden El | Def's *Pro Se* Motion for Alternative *Writ of Peremptory Mandamus* | Dismissed as Moot **12/12/12** |
| 412P12 | State v. Tommy W. Harris | Def's Pro Se Motion for Discretionary Review (COAP12-792) | Dismissed |
| 413P12 | State v. Darryl Thompson | 1. Def's NOA Based Upon a Constitutional Question (COA11-1582)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 414P12 | State v. Michael Ray Segal | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1201) | Denied |
| 419P12 | Michael Dennis Long v. State of North Carolina, Combine Records, etc., Alvin Keller, Jr., Secretary of Division of Adult Correction of the Department of Public Safety | 1. Petitioner's *Pro Se* Motion for NOA (COAP12-720)<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Petitioner's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>**Jackson, J., Recused** |